RECEIVED
IN MONROE, LA

AUG 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **DEWANDA ROBINSON** | * | **CIVIL ACTION NO. 06-1480** |
| Versus | * | **JUDGE JAMES** |
| **CHRISTOPHER DURNEY, ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (doc. no. 9) be **GRANTED and that Plaintiff's claims against defendant Christopher Durney be dismissed without prejudice** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED this 24 day of August, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION