RECEIVED
IN MONROE, LA
NOV 0 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **DEWANDA ROBINSON** | * | **CIVIL ACTION NO. 06-1480** |
| Versus | * | **JUDGE JAMES** |
| **CHRISTOPHER DURNEY, ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant, State of Louisiana's motion to dismiss for lack of subject matter jurisdiction on the basis of Eleventh Amendment immunity [doc. # 3] be, and it is hereby GRANTED, and that plaintiff's claims against the State of Louisiana are hereby DISMISSED, without prejudice. Fed.R.Civ.P. 12(b)(1).

THUS DONE AND SIGNED this 7 day of November, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION